JUSTUS CARPENTER & another *vs.* OSCAR H. COMFORT & another.

April 14, 1876.

Appeal.—An order denying a motion to change the place of trial is not appealable.

Appeal by defendants from an order of the district court for Benton county, *McKelvey,* J., presiding, denying their motion for change of place of trial.

*Fayette Marsh,* for appellants.

*L. W. Collins* and *Chas. D. Kerr,* for respondents.

GILFILLAN, C. J. This is an appeal from an order denying a motion to change the place of trial. Such an order does not involve the merits of the action, or any part thereof, under Gen. St. ch. 86, § 8. If reviewable at all, it must

be upon an appeal from the judgment, (or perhaps from an order denying a new trial,) as an order affecting the judgment.

Appeal dismissed.[1]

<hr />

[1] The rule in this case was followed in *Benton* v. *Flynn,* decided April 26, 1876. *Macdonald & Southworth,* for appellants; *Benton & Benton,* for respondent.